December 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SAEXPLORATION INC., JEFF HASTINGS, AND BRENT WHITELEY, Appellant

NO. 14-12-01006-CV                  V.

CGGVERITAS LAND (U.S.), INC., Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on October 8, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, SAExploration Inc., Jeff Hastings, and Brent Whiteley.

We further order this decision certified below for observance.